UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                      Case No.3:89-cr-86-J-12

**LEON GLASPY**

## ORDER ON REVOCATION OF SUPERVISED RELEASE

This matter is before the Court on the Amended Petition for Warrant or Summons for Offender Under Supervised Release (Doc.142), filed on December 23, 2004. On July 13, 2005, the Court conducted a hearing on the matter at which the Defendant appeared with his attorney, Assistant Federal Public Defender, Lynn Bailey, and the Government was represented by Frank Talbot, Assistant United States Attorney.

On October 31, 1989, the Defendant was sentenced to seventeen (17) years imprisonment, to be followed by a five-year term of supervised release, after having been found guilty of the offense of possessing cocaine base with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1).  See Judgment (Doc.68) filed November 2, 1989.

The Defendant is now before the Court on the following alleged violation of the conditions of his supervised release: 1) new conviction for conduct occurring while on supervision as set forth in paragraph 1 of the Amended Petition (Doc.142).

Having reviewed the report of the probation officer, and having heard the sworn voluntary admissions and testimony of the Defendant, and the argument of counsel for Defendant and for the Government, the Court finds that the Defendant has violated the

terms of his supervised release as set forth in the Amended Petition (Doc.142). Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That Defendant's supervised release, provided for in the Judgment (Doc.68) of this Court entered on October 31, 1989 and filed on November 2, 1989, is revoked;

2. That all other provisions of the Judgment (Doc.68) shall remain in full force and effect;

3. That the Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty three (33) months;

4. That the Court has considered all the factors set forth in 18 U.S.C. § 3553(a) including the applicable advisory guidelines and sentencing policies issued by the Sentencing Commission and finds that the sentence imposed is sufficient but not greater than necessary to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(2);

5. That the Defendant is remanded to the custody of the U.S. Marshal to await designation by the Bureau of Prisons;

6. That the Court recommends that if determined to be eligible by the Bureau of Prisons, the Defendant be placed in a facility where he can receive intensive counseling and treatment for substance abuse (drug and/or alcohol); and

6. That the Defendant and the Government shall have ten (10) days to file an appeal from this judgment and sentence.

**DONE AND ORDERED** this ___13th___ day of July 2005.

*Howell W. Melton*
**SENIOR UNITED STATES DISTRICT JUDGE**

C: AUSA (Talbot)
AFPD (Bailey)
U.S. Probation (DiLeva)
U.S. Marshal
Bureau of Prisons